

UNITED STATES DISTRICT COURT  20 FEB -5  AM 8:46
WESTERN DISTRICT OF TENNESSEE
☐ Eastern (Jackson)   DIVISION
☒ Western(Memphis) DIVISION

Lorraine Baugh

Plaintiff,

vs. Robert Wilkie,
Dept of Veteran Affairs
Agency
Defendant.

No. _____

## COMPLAINT

1.   This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
*NOTE: In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
*NOTE: In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
*NOTE: In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

**JURISDICTION**

2. Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

**PARTIES**

3. Plaintiff resides at:

3121 Forest Dawn Cove
_____
STREET ADDRESS

Desoto , Miss , 38672 , 901 644-2448
_____
County        State        Zip Code      Telephone Number

4. Defendant(s) resides at, or its business is located at:

P.O. Box 77960
_____
STREET ADDRESS

_____ , Washington DC , 20013 .
County      City        State        Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

Dr. Mary Frost 1030 Jefferson
Dr. Nancy Jordan 1030 Jefferson
Colleen Stanhouse 1030 Jefferson
Nicole(Mahone)-Tayer 1030 Jefferson
_____

_____

5. The address at which I sought employment or was employed by the defendant(s) is:

1030 Jefferson V.A. Medical Center
_____

2

STREET ADDRESS

_Shelby_ , _Memphis TN_ , _38104_ .
County        City        State        Zip Code

6.    The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐    Failure to hire

☐    Termination of my employment

☐    Failure to promote

☒    Failure to accommodate my disability

☐    Unequal terms and conditions of my employment

☒    Retaliation

☐    Other acts*(specify)*: _Age Discrimination_

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7.    It is my best recollection that the alleged discriminatory acts occurred on: _July 2015 ,        (Sheet attached_ .
Date(s)

8.    I believe that the defendant(s) *(check one)*:

☐    is still committing these acts against me.

☒    is <u>not</u> still committing these acts against me.

9.    Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

[X] Race___Black_____

[ ] Color_____

[ ] Gender/Sex_____

[ ] Religion_____

[ ] National Origin_____

[X] Disability___100% service connected Vet_____

[ ] Age. If age is checked, answer the following:
I was born in___1954___. At the time(s) defendant(s) discriminated against me.

I was [X] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.    The facts of my case are as follows:
_____Sheet attached_____

_____

_____

_____

_____

_____

_____

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11.    It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____

12.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on:_____.

Date

**Only litigants alleging age discrimination must answer Question #13.**

13.    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

    ☒   60 days or more have elapsed

    ☐   Less than 60 days have elapsed.

14.    The Equal Employment Opportunity Commission *(check one):*

    ☐   has not issued a Right to Sue Letter.

    ☒   has issued a Right to Sue letter, which I **received** on_____.

Date

**NOTE:**    *This is the date you received the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15.    Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

**NOTE:** *You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16.    I would like to have my case tried by a jury:

    ☒   Yes

    ☐   No

5

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐ direct that the Defendant employ Plaintiff, or

☐ direct that Defendant re-employ Plaintiff, or

☐ direct that Defendant promote Plaintiff, or

☐ order other equitable or injunctive relief as follows:_____

_____

☐ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

☒ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _500,000 plus attorney fees_

*Ronauu Baugh*
SIGNATURE OF PLAINTIFF

Date: _3 Feb 2020_

_3121 Forest Down Cove_
Address

_Southaven, Miss 38672_
_901 644-2143_
Phone Number